1
2
3
4                  UNITED STATES DISTRICT COURT
5                 NORTHERN DISTRICT OF CALIFORNIA
6
7   CHRISTIAN GREMMELS,                    Case No.  25-cv-03726-SK
8                Plaintiff,
                                           **SUA SPONTE JUDICIAL REFERRAL**
9        v.                                **FOR PURPOSE OF DETERMINING**
                                           **RELATIONSHIP**
10  MEG JORDAN,
11               Defendant.

12          Plaintiff Christian Gremmels' application to proceed *in forma pauperis* suggests that this

13  case is potentially related to 21-cv-06101-PJH, *Gremmels v. California Institute of Integrated*

14  *Studies*, with the Hon. Phyllis J. Hamilton presiding.  Because 21-cv-06101 is the lowest-

15  numbered case, the Court therefore REFERS this case to Judge Hamilton and requests that Judge

16  Hamilton consider whether these cases are related.  Civil L.R. 3-12(c).

17          **IT IS SO ORDERED**.

18  Dated: April 30, 2025

19                                         _____
20                                         SALLIE KIM
                                           United States Magistrate Judge
21
22
23
24
25
26
27
28