United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN GREMMELS,

    Plaintiff,

    v.

MEG JORDAN,

    Defendant.

Case No. 25-cv-03726-RS

**ORDER TO REASSIGN CASE**

As the result of a delay in docketing of correspondence submitted by the *pro per* plaintiff, this action was prematurely the subject of a dismissal recommendation and reassignment to the undersigned. Accordingly, the matter shall be reassigned to Judge Sallie Kim for such further proceedings as may be appropriate.

**IT IS SO ORDERED**.

Dated: June 10, 2025

_____
RICHARD SEEBORG
Chief United States District Judge